# ALAN S. FUTERFAS

ATTORNEY AT LAW

260 MADISON AVENUE, 22ND FLOOR

NEW YORK, NEW YORK 10016-2400

(212) 684-8400

ELLEN B. RESNICK

FACSIMILE: (212) 684-5259

(212) 679-1844

asfuterfas@futerfaslaw.com

August 10, 2006

*By Fax (718-613-2386)*
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Thomas Cappa; 93 CR 13640-2 (ARR)*

Dear Judge Ross:

We write to request the Court's approval of Mr. Cappa's plans to travel next Friday with his fiance and her children to London with non-refundable reservations he made some time ago. Mr. Cappa is scheduled to depart from Newark Airport on Continental Airlines Flight 28 at 8:40.a.m. on August 19th. He will be staying at the Hilton Hyde Park upon arrival until his return to Newark on August 27th on Continental Airlines Flight 109 departing at 3:20 p.m.

AUSA Patricia Notopoulos has no objection to this travel. Mr. Cappa's probation officer in the Southern District of New York has requested notification that the Court permits the travel. Accordingly, this letter respectfully requests that Your Honor endorse the letter where indicated below so that it may be forwarded to Mr. Cappa's probation officer.

Thank you for your consideration of this matter.

Respectfully yours,

*Alan S. Futerfas/ by EBR*

Alan S. Futerfas

cc:    AUSA Patricia Notopoulos (via fax)

SO ORDERED:

_____
U.S.D.J.